UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE C. LUDDITT-POEHL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE AUTO FINANCE, INC.,<br><br>    Defendant. | Case No. 4:06CV1317 HEA |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant and against Plaintiff.

Dated this 21st day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE